IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

KENYETTA BIAFRA BELLAMY,

  Appellant,

 v.            Case No. 5D21-1398
              LT Case No. 2017-CF-004203-AOS

STATE OF FLORIDA,

  Appellee.
_____/

Decision filed August 2, 2022

Appeal from the Circuit Court
for Osceola County,
Keith A. Carsten, Judge.

Matthew J. Metz, Public Defender,
and Nancy Ryan, Assistant Public
Defender, Daytona Beach, for
Appellant.

Ashley Moody, Attorney General,
Tallahassee, and Robin A. Compton,
Assistant Attorney General, Daytona
Beach, for Appellee.

PER CURIAM.

  AFFIRMED.

COHEN, SASSO and NARDELLA, JJ., concur.